FILED

MAR 03 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robbie Powelson
Robbiepowelson@gmail.com
1001 Bridgeway #611
Sausalito CA, 94925

[PROPOSED] AMICUS CURIAE

**UNITD STATES COURT**

**DISTRICT OF NORTHERN CALIFORNIA**

| | |
|---|---|
| SHAYLEE KOONTZ | Case No. 3:25-cv-01311-RFL |
| Plaintiffs, | |
| v. | EX-PARTE MOTION FOR REQUEST TO FILE AS AMICUS CURIAE RE: |
| TOWN OF FAIRFAX | PLAINTIFFS HOSPITALIZATION AND REQUEST FOR SUA SPONTE |
| Defendants | MODIFICATION TO SCHEDULING ORDER |

1. Pro Se Plaintiff Shaylee Koontz is currently hospitalized **[Decl Powelson]**. The date of her discharge is uncertain but could be upwards of two weeks. *Id.* She does not have access to electronics and is only accessible through her hospital landline. *Id.*

2. Accordingly, at this immediate moment, it is not possible for Ms. Koontz to file her reply brief.

3. This court has inherent authority to manage its docket. While proposed amicus curiae cannot represent Ms. Koontz or request a continuance on her behalf because he is not an attorney, this court has the authority to *sua sponte* modify the briefing schedule in light of Ms. Koontz current hospitalization.

4. Proposed amici has contacted opposing counsel about this situation and has proposed a two week extension pending resolution of the hospitalization. **[Exhibit A]**

Respectfully submitted,

/s/ Robbie Powelson, March 3rd, 202

EX-PARTE APPLICATION FOR LEAVE TO FILE AS AMICUS CURIAE

United States District Court
Northern District of California