Clear Form

**F I L E D**

MAR 03 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SHAYLEE KOONTZ | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:25-CV-01311-RFL |
| | ) | |
| vs. | ) | **APPLICATION TO PROCEED** |
| TOWN OF FAIRFAX | ) | **IN FORMA PAUPERIS** |
| | ) | **(Non-prisoner cases only)** |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Robbie Powelson_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed?                    Yes ____ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

_____

_____

_____

2.    Have you received, within the past twelve (12) months, any money from any of the following sources:

a.    Business, Profession or          Yes ___ No ✔
      self employment?

b.    Income from stocks, bonds,       Yes ___ No ✔
      or royalties?

c.    Rent payments?                   Yes ___ No ✔

d.    Pensions, annuities, or          Yes ___ No ✔
      life insurance payments?

e.    Federal or State welfare payments,   Yes ✔ No ___
      Social Security or other govern-
      ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

Cal Fresh _____

_____

3.    Are you married?                 Yes ___ No ✔

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:$ _____

      b.    List the persons other than your spouse who are dependent upon you for support
            and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.      Do you own or are you buying a home?      Yes ____ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.      Do you own an automobile?      Yes ____ No ✔

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.      Do you have a bank account?  Yes ✔ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: Marin County Federal Credit Union _____

_____

Present balance(s):  $ 347 _____

Do you own any cash?  Yes ____ No ____ Amount:  $ `100 _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)      Yes ____ No ✔

_____

8.      What are your monthly expenses?

Rent:  $ _____ Utilities: _____

Food:  $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

- 3 -

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___ No ✔

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

03/03/2025

DATE                              SIGNATURE OF APPLICANT

- 4 -