UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAYLEE KOONTZ,

Plaintiff,

v.

TOWN OF FAIRFAX, et al.,

Defendants.

Case No.  25-cv-01311-RFL

**ORDER RE REQUEST FOR EXTENSION**

Re: Dkt. Nos. 8, 22, 23

On March 3, 2025, Robbie Powelson, who is not an attorney, filed a declaration informing the Court that Plaintiff Shaylee Koontz, who is representing herself, had been hospitalized.  (Dkt. No. 22.)  Powelson declared under penalty of perjury to having received a call from Shaylee Koontz explaining that Koontz was hospitalized for an indefinite time and requesting that Powelson seek an extension of the upcoming hearing on Koontz's motion for a preliminary injunction.  (*Id.*)  Powelson also contacted Defendants.  (*Id.*)  Defendants' counsel have advised the undersigned's courtroom deputy that they have attempted to call Koontz to discuss a possible extension, but were told by the hospital that she is not receiving calls at this time.

The Court construes the Powelson declaration as Koontz's administrative motion for an extension of time with respect to her request for preliminary injunction.[1]  Defendants are **ORDERED** to respond by **March 7, 2025** with either a notice of non-opposition or an opposition brief regarding the extension of Koontz's deadline to file a reply brief in support of her motion for a preliminary injunction to March 20, 2025, and the rescheduling of the

---

[1] Powelson's Ex Parte Motion for Request to File as Amicus Curiae and Motion for Leave to Proceed in forma pauperis (Dkt. Nos. 22, 23) are **DENIED AS MOOT**.

1

preliminary injunction hearing to April 1, 2025, at 10:00 a.m.  Koontz need not take any further action at this time.  The Court will rule on Koontz's request after giving Defendants the opportunity to respond.

**IT IS SO ORDERED.**

Dated: March 3, 2025

_____
RITA F. LIN
United States District Judge